**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rex and Dolores Miller, husband and wife,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>American Family Mutual Insurance Company,<br><br>        Third-Party Defendant. | No. CV 07-1347-PHX-JAT<br><br>**ORDER** |

The issue before the Court is whether Third-Party Plaintiffs Rex and Dolores Miller made a timely jury demand. Third-Party Defendant American Family Mutual Insurance Company ("American Family") contends that they did not and have moved to strike the jury demand (Doc. # 12). The Court will grant American Family's motion.

The following facts are undisputed: On July 31, 2006, Rex and Dolores Miller filed a Third-Party Complaint against American Family in Maricopa County Superior Court. On July 12, 2007, American Family properly removed this matter to federal court. At the time of removal, all necessary pleadings had been served. On September 4, 2007, nearly two months after they had been served with the notice of removal, the Millers filed their Demand for Jury Trial (Doc. # 10).

The parties agree that the ten-day period set forth in Rule 81(c) of the Federal Rules of Civil Procedure applies in this case. Thus, the jury demand was due within ten days after

1  the Millers were served with the notice of removal. *See* Fed. R. Civ. P. 81(c). The Millers
2  admit that they failed to file a jury demand within that ten-day period and concede, as they
3  must, that "the applicable Rules and the case law applicable in the 9th Circuit" compel this
4  Court to grant American Family's motion (Response, Doc. # 15 at 1).[1] The Miller's failure
5  to file a timely demand is admittedly the result of their attorney's inadvertence and is
6  therefore outside this Court's "narrow" discretion to grant relief. *See Lewis v. Time, Inc.*, 710
7  F.2d 549, 556-57 (9th Cir. 1983).

**IT IS THEREFORE ORDERED** that Third-Party Defendant's Motion to Strike Third-Party Plaintiffs' Demand for Jury Trial is **GRANTED**.

DATED this 24th day of September, 2007.

James A. Teilborg
United States District Judge

---

[1] The Millers express purpose in responding to American Family's motion is to preserve an issue for appeal. They argue that the controlling legal precedent concerning waiver of the right to trial by jury "is contrary to the overriding goal of achieving justice and fairness to all litigants" (Response, Doc. # 15 at 1-2).

- 2 -